■ In the Matter of SCORES ENTERTAINMENT, INC., Petitioner, v LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent. [626 NYS2d 441] —Petition, transferred to this Court by order of the Supreme Court, New York County (Joan Lobis, J.), entered on August 4, 1994, to review the determination of respondent, granted for the reasons stated by Lowe, J., in *Jay-Jay Cabaret v State of New York* (Sup Ct, NY County, Apr. 7, 1994, *affd* 215 AD2d 172 [decided herewith]) and the determination annulled, without costs and without disbursements. No

opinion. Concur—Murphy, P. J., Ellerin, Rubin, Tom and Mazzarelli, JJ.